IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

DEC 15 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| In the Matter of the Search of:<br><br>Eleven United States Postal Service parcels, addressed to multiple addresses with sender information of "Anglers Fly Shop, 133 Vista Lane, Bigfork MT 59911" | MJ-17-56-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 15th day of December, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge